IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>                  Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>                  Defendant. | C.A. No. 11-991-RGA |

## STIPULATION AND ORDER TO STAY CASE

WHEREAS, the patent asserted in Civil Action No. 11-991-RGA, U.S. Patent No. 8,041,711 is currently subject to *Inter Partes* Re-Examination before the U.S.P.T.O. (File 95/002,289) where the U.S.P.T.O. issued an Action Closing Prosecution on March 4, 2013, finally rejecting all asserted claims and a Right of Appeal Notice on June 20, 2013, maintaining all grounds of rejection, and wherein an appeal must now be taken by Walker Digital to vacate or reverse the U.S.P.T.O. findings;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Walker Digital, LLC and Defendant Microsoft Corporation subject to the approval of the Court, that Civil Action No. 11-991-RGA be stayed pending final resolution of the reexamination.

July 10, 2013

| | |
|---|---|
| BAYARD, P.A. | FISH & RICHARDSON P.C. |
| /s/ *Stephen B. Brauerman* | /s/ *William J. Marsden, Jr.* |
| Richard D. Kirk (rk0922) | William J. Marsden, Jr. |
| Stephen B. Brauerman (sb4952) | Tara D. Elliott |
| Vanessa R. Tiradentes (vt5398) | 222 Delaware Avenue, 17th Floor |
| 222 Delaware Avenue, Suite 900 | P.O. Box 1114 |
| P.O. Box 25130 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | marsden@fr.com |
| rkirk@bayardlaw.com | tde@fr.com |
| sbrauerman@bayardlaw.com | Tel: (302) 652-5070 |
| vtiradentes@bayardlaw.com | |
| (302) 655-5000 | *Attorneys for Defendant* |
| | *Microsoft Corporation* |
| *Attorneys for Plaintiff* | |
| *Walker Digital, LLC* | |

IT IS SO ORDERED this 11th day of July, 2013.

_____
The Honorable Richard G. Andrews
United State District Judge