IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL LLC, | : |
| Plaintiffs, | : |
| v. | : Civil Action NO. 11-991-RGA |
| MICROSOFT CORPORATION, | : |
| Defendant. | : |

### O R D E R

WHEREAS, the above-captioned case was stayed on July 11, 2013, due to litigation that is presently pending before the United States Patent and Trade Mark Office (the "U.S.P.T.O") (D.I. 72);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the U.S.P.T.O litigation has been resolved so that the case may be reopened and other appropriate action may be taken.

July 12, 2013
DATE

Richard G. Andrews
UNITED STATES DISTRICT JUDGE